1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  Nicholas G. Hood, Esq., SBN 238620
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 *(Anderson, David/Stip. To Extend Time To Respond)*
4  Tel: (949) 477-5050; Fax: (949) 477-9200
5  Attorneys for Defendants, American Home Mortgage Servicing, Inc.; Mortgage
   Electronic Registration Systems, Inc.; and Deutsche Bank National Trust Co.
6
7  BOHEN, ROSENTHAL & DUSENBURY
   Douglas K. Dusenbury, Esq.
8  787 Munras Avenue, Suite 200
9  Monterey, CA 93942
   Tel: (831) 649-5551; Fax: (831) 649-0272
10 Attorneys for Plaintiffs

*GRANTED — Judge James Ware — 12/29/2008*

11                 UNITED STATES DISTRICT COURT
12
13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 DAVID P. ANDERSON, an individual;          ) Case No. 5:08-CV-05004-JW
15 KELLI FOY-ANDERSON, an individual,         )
                                              )
16         Plaintiffs,                        ) **STIPULATION ENLARGING**
                                              ) **DEFENDANTS' TIME TO RESPOND**
17    vs.                                     ) **TO PLAINTIFFS' COMPLAINT**
18                                            )
19 AMERICAN HOME MORTGAGE                     ) *[Civil L.R. 6-1(a)]*
   ACCEPTANCE, INC., a Maryland               )
20 Corporation; AMERICAN HOME                 )
   MORTGAGE SERVICING, INC., a                )
21 Delaware Corporation; MORTGAGE             )
22 ELECTRONIC REGISTRATION                    )
   SYSTEMS, INC., a Delaware Corporation;     )
23 DEUTSCHE BANK NATIONAL TRUST               )
24 CO.; FIDELITY NATIONAL                     )
   FORECLOSURES AND BANKRUPTCY                )
25 SOLUTIONS, a Minnesota Corporation;        )
26 T.D. SERVICE CO.; JOHN and JANE            )
   DOES 1 through 10,                         )
27                                            )
28         Defendants.                        )

1    COMES NOW, Plaintiffs, DAVID P. ANDERSON and KELLI FOY-
2  ANDERSON (collectively "Plaintiffs"), by and through their attorneys of record, Bohen,
3  Rosenthal & Dusenbury, and Defendants, AMERICAN HOME MORTGAGE
4  SERVICING, INC. ("AHMSI"), MORTGAGE ELECTRONIC REGISTRATION
5  SYSTEMS, INC. ("MERS"), and DEUTSCHE BANK NATIONAL TRUST CO.
6  ("DBNTC") (collectively "Defendants"), by and through their attorneys of record,
7  Wright, Finlay & Zak, LLP, who stipulate as follows:

8    1.   WHEREAS, on November 3, 2008, Plaintiffs filed a complaint
9  ("Complaint") in the United States District Court, Northern District of California, Case
10 No. 5:08-CV-05004-JW, styled: *Anderson v. American Home Mortgage Acceptance,*
11 *Inc., et al.* ("Action"), naming AHMSI, MERS and DBNTC, among others, as
12 Defendants;

13   2.   WHEREAS, Defendant AHMSI's response to the Complaint must be
14 served on or before December 24, 2008;[1]

15   3.   WHEREAS, Defendant MERS' response to the Complaint must be served
16 on or before December 25, 2008;[2]

17   4.   WHEREAS, Defendant DBNTC's response to the Complaint must be
18 served on or before January 1, 2009;[3]

19   5.   WHEREAS, Plaintiffs and Defendants each desire to extend Defendants'
20 time to respond to Plaintiffs' Complaint until January 5, 2009;

21   6.   WHEREAS, this stipulation will not alter the date of any event or any
22 deadline already fixed by an Order of the Court;

23   7.   WHEREAS, this stipulation is brought in accordance with Civil L.R. 6-
24 1(a) and does not require an Order of the Court;

25 ///
26 ///
27 ──────────
28 [1] Fed. Rules Civ. Proc., Rule 12(a)(1)(A)(i).
   [2] *Id.*
   [3] *Id.*

-2-
STIPULATION ENLARGING TIME TO RESPOND

NOW THEREFORE, it is stipulated by and between Plaintiffs and Defendants as follows:

1. American Home Mortgage Servicing, Inc.'s; Mortgage Electronic Registration Systems, Inc.'s; and Deutsche Bank National Trust Co.'s time to respond to Plaintiffs' Complaint is extended and enlarged to January 5, 2009.

**IT IS SO STIPULATED.**

BOHEN, ROSENTHAL & DUSENBURY

Dated: December 24, 2008        By: /s/ Douglas Dusenbury
                                Douglas Dusenbury, Esq.
                                Attorneys for Plaintiffs,
                                DAVID P. ANDERSON and
                                KELLI FOY-ANDERSON


WRIGHT, FINLAY & ZAK, LLP

Dated: December 23, 2008        By: /s/
                                T. Robert Finlay, Esq.
                                Nicholas G. Hood, Esq.
                                Attorneys for Defendants,
                                AMERICAN HOME MORTGAGE
                                SERVICING, INC.; MORTGAGE
                                ELECTRONIC REGISTRATION
                                SYSTEMS, INC.; and DEUTSCHE BANK
                                NATIONAL TRUST CO.

# PROOF OF SERVICE

I, Cielo Tucay, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On December 24, 2008, I served the within **STIPULATION ENLARGING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE SERVICE LIST**

[X]   BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   By ELECTRONIC MAIL: On December 5, 2008, from Newport Beach, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated above. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 24, 2008, at Newport Beach, California.

*Cielo Tucay*
Cielo Tucay

---

-1-

PROOF OF SERVICE

| | |
|---|---|
| 1 | SERVICE LIST |

**Douglas Kent Dusenbury**
Bohnen Rosenthal & Dusenbury
787 Munras Avenue
Suite 200
PO Box 1111
Monterey, CA 93942-1111
831-649-5551; 831-649-0272 (fax)
ddusenbury@mtrylegal.com
**Attorney for Plaintiffs, David P. Anderson** and **Kelli Foy-Anderson**

**Michael Damon Hayes**
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Ave. #350
Chicago, IL 60604
312-341-9400; 312-341-2900 (fax)
mhayes@vblhc.com
**Defendants, American Home Mortgage Acceptance Inc**

-2-
PROOF OF SERVICE