IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David P. Anderson, et al., | NO. C 08-05004 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| American Home Mortgage Acceptance Inc., et al., | |
| Defendants. | |

On May 4, 2009, the parties are scheduled to appear for a Case Management Conference regarding their settlement efforts. The parties submitted a Joint Case Management Statement. (Docket Item No. 29.) The parties represent that they are awaiting the results of a loan modification application that may settle this dispute. In light of the parties' representation, the Court finds good cause to continue the parties' Conference.

Accordingly, the May 4, 2009 Case Management Conference is CONTINUED to **June 8, 2009 at 10 a.m.** No further continuances will be granted. On or before **May 29, 2009**, the parties shall file a Joint Case Management Statement updating the Court on their settlement efforts. If the parties have not reached a settlement on or before **May 29, 2009**, Defendants may re-notice their previously filed Motions in accordance with the civil local rules of the Court.

Dated: April 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce William Dannemeyer bruce@dreyfusslaw.com
Douglas Kent Dusenbury ddusenbury@mtrylegal.com
Margaret McCandless Niver margaret.niver@pillsburylaw.com
Michael Damon Hayes mhayes@vblhc.com
Nicholas Gregory Hood nhood@wrightlegal.net
Robert Edward Rosenthal rrosenthal@mtrylegal.com
Robin Prema Wright rwright@wrightlegal.net
T. Robert Finlay rfinlay@wrightlegal.net

**Dated:  April 30, 2009**                              **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**