```
 1   Robert Rosenthal, #67343
     Douglas K. Dusenbury, #81332
 2   Alyssa N. Sullivan, #246264
     BOHNEN, ROSENTHAL & DUSENBURY
 3   787 Munras Avenue, Suite 200
     Monterey, CA  93942
 4   Telephone:  (831) 649-5551
     Facsimile:  (831) 649-0272
 5   ddusenbury@mtrylegal.com

 6   Attorneys for Plaintiffs
     David P. Anderson and
 7   Kelli Foy-Anderson
```

**GRANTED**
*James Ware*
Judge James Ware
6/22/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David P. Anderson, an individual, <br> Kelli Foy-Anderson, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> American Home Mortgage Acceptance, Inc., a Maryland Corporation, American Home Mortgage Servicing, Inc., a Delaware Corporation, Mortgage Electronic Registration Systems, Inc., a Delaware Corporation, Deutsche Bank National Trust Co., Fidelity National Foreclosures and Bankruptcy Solutions, a Minnesota Corporation, T.D. Service Co., John and Jane Does 1 through 10, <br><br> Defendants. | Case No. 5:08-CV-05004-JW <br><br> <u>NOTICE OF DISMISSAL OF ACTION AGAINST DEFENDANT FIDELITY NATIONAL FORECLOSURE AND BANKRUPTCY SOLUTIONS</u> <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) <br><br> Judge:    Hon. James Ware |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), and in accordance with the Order Setting Aside Entry of Default entered by the Court on May 26, 2009, Plaintiffs David P. Anderson and Kelli Foy-Anderson, by and

1  through their counsel, hereby dismiss this action in its entirety as to Defendant Fidelity
2  National Foreclosures and Bankruptcy Solutions. Defendant Fidelity National Foreclosures
3  and Bankruptcy Solutions has been served with process, and has not filed an answer or
4  motion for summary judgment.

5      Dated: June 10, 2009.

BOHEN, ROSENTHAL & DUSENBURY
787 Munras Ave., Suite 200
Monterey, CA  93942

By _____
Douglas K. Dusenbury

Attorney for Plaintiffs David P. Anderson
and Kelli Foy-Anderson

**IT IS SO ORDERED:**

Defendant Fidelity National Foreclosure and Bankruptcy Solutions dismissed pursuant to FRCP 41(a)(1)(A)(i)

Dated: June 22, 2009

_____
United States District Court

701569323v1                 - 2 -                 NOTICE OF DISMISSAL OF ACTION AGAINST
                                                  DEFENDANT FIDELITY NATIONAL FORECLOSURES
                                                  AND BANKRUPTCY SOLUTIONS
                                                  Case No. 5:08-CV-05004-JW