| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>T. Robert Finlay, Esq., SBN 167280<br>Nicholas G. Hood, Esq., SBN 238620<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660 *(Anderson, David & Kelly/Pleadings/Joint Status Report 5.29.09)*<br>Tel: (949) 477-5050; Fax: (949) 477-9200<br>Attorneys for Defendants, AMERICAN HOME MORTGAGE SERVICING, INC.; AHMSI DEFAULT SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DEUTSCHE BANK NATIONAL TRUST CO. | *E-FILED 11/6/09* |

BOHEN, ROSENTHAL & DUSENBURY
Douglas K. Dusenbury, Esq.
787 Munras Avenue, Suite 200
Monterey, CA 93942
Tel: (831) 649-5551; Fax: (831) 649-0272
Attorneys for Plaintiffs, DAVID P. ANDERSON and KELLI FOY-ANDERSON

**IT IS SO ORDERED**
*Judge James Ware*
11/9/2009

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. ANDERSON, an individual<br>KELLI FOY-ANDERSON, an individual<br><br>         Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE, INC., a Maryland corporation, AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, DEUTSCHE BANK NATIONAL TRUST CO., FIDELITY NATIONAL FORECLOSURES AND BANKRUPTCY SOLUTIONS, a Minnesota corporation, T.D. SERVICE CO., JOHN and JANE DOES 1 THROUGH 10,<br><br>         Defendants. | Case No.: 5:08-CV-05004-JW<br>Assigned for all purposes to: The Honorable United States District Judge James Ware<br><br>**STIPULATION OF DISMISSAL** |

///

1  Pursuant to Federal Rules of Civil Procedure §41(A) all parties who have appeared in
2  this case hereby agree and stipulate for the Dismissal of this case with prejudice in its entirety
3  and as to all parties thereto.

**Respectfully Submitted,**

**WRIGHT, FINLAY & ZAK, LLP**

Dated: November 6, 2009     By:     /s/ *Nicholas G. Hood*
                                    T. Robert Finlay, Esq.
                                    Nicholas G. Hood, Esq.
                                    Attorneys for Defendant, AMERICAN HOME
                                    MORTGAGE SERVICING, INC.; AHMSI
                                    DEFAULT SERVICES, INC.; MORTGAGE
                                    ELECTRONIC REGISTRATION SYSTEMS,
                                    INC.; and DEUTSCHE BANK NATIONAL
                                    TRUST CO.

**BOHEN, ROSENTHAL & KREEFT**

Dated: November 6, 2009     By:     /s/ *Douglas K. Dusenbury*
                                    Douglas Dusenbury, Esq.
                                    Attorneys for Plaintiffs, DAVID P. ANDERSON
                                    and KELLI FOY-ANDERSON

**DREYFUSS FIRM**

Dated: November 6, 2009     By:     /s/ *Lawrence Dreyfuss, Esq.*
                                    Lawrence Dreyfuss, Esq.
                                    Attorney for TD Service Company

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: November 9, 2009

_____
United States District Judge

-2-

Stipulation of Dismissal